UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS M. WEAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WALGREEN COMPANY, | ) | 5:23-CV-63-BO-RN |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion [DE 24] for leave to file on paper is GRANTED. Defendant's motion [DE 20] to dismiss pursuant to Fed. R. Civ. P. 12(b)(l) is GRANTED. The remaining portions of that motion are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on June 27, 2023, and served on:**
Robert Vance, Jr. (via CM/ECF NEF)
Sarah E. Bouchard (via CM/ECF NEF)
Benjamin F. Leighton (via CM/ECF NEF)
Shane O'Holloran (via CM/ECF NEF)

June 27, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk